MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-26-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

JOAN LINO o/b/o
DORIAN CASTILLO,

       Plaintiff,

   - v. -

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

- - - - - - - - - - - - - - - - x

STIPULATION AND ORDER
07 Civ. 8698 (LAK)(HBP)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from April 4, 2008 to and including June 3, 2008.  The reason for the request is that the

administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       March 1?, 2008

By: /s/
STEVEN BANKS, ESQ.
THE LEGAL AID SOCIETY
Attorneys for Plaintiff

SUSAN E. WELBER, ESQ.
111 Livingston Street
  7th Floor
Brooklyn, New York 11201
Telephone No.: (718) 422-2845

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: /s/
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:

/s/
UNITED STATES MAGISTRATE JUDGE
3-26-08