**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-9-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                                 :
JOAN LINO o/b/o                  :
DORIAN CASTILLO,                 :
                                 :
              Plaintiff,          :
                                 :
        - v. -                   :
                                 :     STIPULATION AND ORDER
                                 :     07 Civ. 8698 (LAK)(HBP)
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.          :
                                 :
- - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from June 3, 2008 to

and including July 3, 2008.  The reason for the request is that the

administrative record has not yet been received by defendant's counsel.  One previous extension has been granted in this case.

Dated:  New York, New York
        May  **5**, 2008

                          STEVEN BANKS, ESQ.
                          THE LEGAL AID SOCIETY
                          Attorneys for Plaintiff


                   By: _____
                          SUSAN E. WELBER, ESQ.
                          111 Livingston Street
                            7th Floor
                          Brooklyn, New York  11201
                          Telephone No.: (718) 422-2845

                          MICHAEL J. GARCIA
                          United States Attorney
                          Southern District of New York
                          Attorney for Defendant

                   By: _____
                          JOHN E. GURA, JR.
                          Assistant United States Attorney
                          86 Chambers Street - 3rd Floor
                          New York, New York  10007
                          Telephone No.: (212) 637-2712
                          John.Gura@usdoj.gov


SO ORDERED:


_____
UNITED STATES MAGISTRATE JUDGE
        6-5-08